UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                                            Date of proceeding: April 6, 2010

**JUDGE KAREN M. WILLIAMS**

COURT REPORTER: Disc #97

**DOCKET NO. 09-cv-5207 (RMB)**

**TITLE OF CASE:**
UNITED STATES OF AMERICA
         v.
ZOEBISCH

**APPEARANCES:**
Crystal Calabrese, Esquire, for Plaintiff United States of America
Philip Zoebisch, Pro Se defendant

**NATURE OF PROCEEDINGS:**
STATUS HEARING held on the record.

DEPUTY CLERK:     s/ Denise Wolk

CC: CHAMBERS

Time Commenced: 11:29
Time Adjourned: 11:42
**Total Time in Court:   13mins.**