May 6, 2010

Dear Honorable Karen M. Williams and Frank J. Martone P.C:

    Re   USA v Philip Zoebisch
           Civil No. 09-5207-RMB-KMW

It has been impossible for me to accomplish the Discovery in the month allotted and I need an extension of another 30 days. Please confirm that this is acceptable.

Thank you for your time and attention.

Best wishes,


Philip Zoebisch
Pro Se


Service list:

Honorable Karen M. Williams
United States Magistrate Judge
via Fax 856 757-6846
and

Mariel Contreras, Legal Assistant
Frank J. Martone P.C.
via email  mcontreras@martonelaw.com

So Ordered this ___ day of May, 2010

KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE